United States District Court
Middle District of Florida
Fort Myers Division

RYAN AND DEANNA DUNLAP,

      Plaintiffs,                    CASE NO.: 2:23-cv-775-KCD

vs.

CLEAR BLUE SPECIALTY INSURANCE
COMPANY,

      Defendant.
_____/

## PLAINTIFFS' NOTICE OF PENDING SETTLEMENT

COME NOW, Plaintiffs, RYAN AND DEANNA DUNLAP, ("Plaintiffs"), by and through undersigned counsel, pursuant to Local Rule 3.09(a), and hereby give notice that Plaintiffs and Defendant have reached an agreement for settlement and are in the process of finalizing the settlement agreement.

**Dated**: December 15, 2025

                    Respectfully submitted,

                    /s/ Randy E. Lambert
                    RANDY E. LAMBERT, ESQ.
                    Florida Bar No.: 1010756
                    KUHN RASLAVICH, P.A.
                    986 Douglas Ave., Suite 102
                    Altamonte Springs, FL 32714
                    Telephone: (407) 501 – 4833
                    Facsimile: (407) 501 – 4856
                    Randy@theKRfirm.com
                    Service2@theKRfirm.com
                    Counsel for Plaintiffs

*Certificate of Service on the following page*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Randy E. Lambert*
Benjamin W. Raslavich, Esquire
Florida Bar No.: 1010756